UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
1:10cv10-RJC-DLH

| UNITED COMMUNITY BANK, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| v. | ) | ORDER |
| CHARLES D. McCARTHY, JENNIFER OBIORA, and VICTORIA G. SCHMEHL, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the plaintiff's motion for voluntary dismissal with prejudice as to respondent Charles D. McCarthy only. (Doc. No. 6). The plaintiff has reported that it has reached a settlement with McCarthy regarding all claims asserted against him. For good cause shown, the Court will thus **GRANT** the plaintiff's motion.

**IT IS, THEREFORE, ORDERED** that the plaintiff's motion for voluntary dismissal with prejudice as to respondent Charles D. McCarthy only (Doc. No. 6) is **GRANTED**. All the plaintiff's claims against McCarthy in this matter are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Signed: April 2, 2010

Robert J. Conrad, Jr.
Chief United States District Judge