# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv10

| UNITED COMMUNITY BANK, | ) | |
|---|---|---|
| Petitioner, | ) | |
| Vs. | ) | ORDER |
| CHARLES D. McCARTHY; JENNIFER OBIORA; and VICTORIA G. SCHMEHL, | ) | |
| Respondents. | ) | |

**THIS MATTER** is before the court on petitioner's Motion for Summary Judgment as to respondent Jennifer Obiora. After such motion was filed, petitioner filed a Motion for Entry of Default, which was timely and properly granted by the Clerk of this Court inasmuch as such respondent had failed to respond to the petition. Default having been entered and a default judgment having been applied for, the court will deny the Motion for Summary Judgment without prejudice as moot.

### ORDER

**IT IS, THEREFORE, ORDERED** that petitioner's Motion for Summary Judgment (#4) is **DENIED** without prejudice as moot.

Signed: April 20, 2010

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge